Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERTITO'S TACO SHOP, LLC, JORGE DOMINGUEZ, MINERVA DOMINGUEZ,<br><br>　　　　Defendants. | No. 1:11-CV-00633-AWI-GSA<br><br>**REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 26, 2011 during Plaintiff's counsel's absence;

**WHEREAS,** Plaintiff has been diligently trying to serve the defendants, but has been unable to complete service as of the date of this request;

**WHEREAS,** Plaintiff seeks to accommodate both Plaintiff's counsel's unavailability and to provide time to effect service on defendants, for defendants to file responsive pleadings, and to meet and confer in advance of the scheduling conference in order to conserve the Court's time and resources;

**IT IS HEREBY REQUESTED** that the Mandatory Scheduling Conference in this matter be continued to September 6, 2011 at 9:00 a.m.

Dated: June 15, 2011                              MOORE LAW FIRM, P.C.


                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff Natividad Gutierrez

**ORDER**

Good cause appearing therefor, and upon the request of Plaintiff,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 26, 2011 be continued to September 6, 2011 at 9:00 a.m. in Courtroom 10 before the Honorable Gary S. Austin.  A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

   Dated:   **June 15, 2011**                              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

*Gutierrez . Robertito's Taco Shop, LLC, et al.*
Stipulation to Continue Mandatory Scheduling Conference