Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROBERTITO'S TACO SHOP, LLC, JORGE DOMINGUEZ, MINERVA DOMINGUEZ,<br><br>          Defendants. | No. 1:11-CV-00633-AWI-GSA<br><br>**SECOND REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, the Mandatory Scheduling Conference is currently set for September 6, 2011;

**WHEREAS,** Defendants are currently in default, but have retained counsel who has not made an appearance and is requesting that attorney fees and costs be minimized to the greatest extent possible in order to facilitate a rapid settlement;

**WHEREAS,** Plaintiff and Defendants are likely to settle this matter within the next two weeks thereby obviating the need for an answer to be filed or a scheduling conference to take place;

**IT IS HEREBY REQUESTED** that the Mandatory Scheduling Conference in this matter be continued to a date after September 23, 2011 in order to afford the parties time to achieve a final resolution and dismissal of this matter.

Dated: August 30, 2011                              MOORE LAW FIRM, P.C.


                                                    /s/ Tanya E. Moore
                                                    Tanya E. Moore
                                                    Attorneys for Plaintiff Natividad Gutierrez

## ORDER

Good cause appearing, and upon the request of Plaintiff,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for September 6, 2011 be continued to October 3, 2011 at 9:30 a.m. in Courtroom 10 before the Honorable Gary S. Austin. A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

   Dated:   **August 30, 2011**                     **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

*Gutierrez . Robertito's Taco Shop, LLC, et al.*
Stipulation to Continue Mandatory Scheduling Conference